___



**SO ORDERED,**

**Judge Neil P. Olack**
**United States Bankruptcy Judge**
**Date Signed: May 3, 2019**

The Order of the Court is set forth below. The docket reflects the date entered.
___

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:  ELLEN HOGAN | CHAPTER 13 |
| DEBTOR | CASE NO.: 18-02893-NPO |

## ORDER APPROVING MOTION FOR MODIFICATION OF CHAPTER 13 PLAN

A Motion and Notice for Modification of Chapter 13 Plan (Dkt # 55) having been filed in the above styled and numbered Chapter 13 bankruptcy proceeding dated March 29, 2019 and no responses or written objections having been filed within thirty (30) days and the Court having considered the Motion and being fully advised in the premises, does hereby find and Order as follows:

**THAT**, the Debtor(s)' Motion for Modification of Chapter 13 Plan be and is hereby sustained.

##END OF ORDER##

Submitted by:

/s/Jim Arnold_____
JIM ARNOLD, MSB #1625
ATTORNEY FOR DEBTOR(S)
333 East Mulberry Street
Durant, MS  39063
662-653-6448
arnoldjh@bellsouth.net